**Dismissed and Memorandum Opinion filed August 22, 2013.**



In The

# Fourteenth Court of Appeals

NO. 14-12-00467-CR

**MILLENA R. HEBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1309261**

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of abandoning or endangering a child and assessed punishment at two years' confinement in the State Jail Division of the Texas Department of Criminal Justice, probated for four years. Appellant filed a timely notice of appeal.

On April 26, 2013, appellant's counsel filed a written motion to withdraw the appeal, but the motion did not comply with the Rules of Appellate Procedure

because appellant had not signed it.  *See* Tex. R. App. P. 42.2(a).  Appellant was notified of the defect, but did not correct it.

On August 1, 2013, this court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal and whether appellant wished to continue her appeal.  On August 12, 2013, the trial court conducted the hearing, and the record of the hearing was filed in this court on August 13, 2013.

At the hearing, appellant, together with her counsel, confirmed that she had discussed the issues with counsel and determined that she no longer wished to continue her appeal.  Based upon the testimony at the hearing that appellant does not want to continue her appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case.  *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Boyce, and Jamison.
Do Not Publish.  Tex. R. App. P. 47.2(b).